UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-56-T-17TGW

TOMAS CASTENEDA,
MAXIMINIO SALGADO-HURTADO, and
CARLOS SALGADO-OLASCOAGA.

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendants TOMAS CASTENEDA, MAXIMINIO SALGADO-HURTADO, and CARLOS SALGADO-OLASCOAGA, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendants TOMAS CASTENEDA, MAXIMINIO SALGADO-HURTADO, and CARLOS SALGADO-OLASCOAGA, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendants TOMAS CASTENEDA, MAXIMINIO SALGADO-HURTADO, and CARLOS SALGADO-OLASCOAGA.

Dated: November 10th 2016

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE